**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**JEREMY SPENCER,**

    **Plaintiff,**

  v.                                      **Civil Action 2:25-cv-780**
                                                **Judge Michael H. Watson**
**NICHOLE TILTON,** *et al.***,**               **Magistrate Judge Chelsey M. Vascura**

    **Defendants.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Extend Deadline to File Objections to Report and Recommendation. (ECF No. 8.) For good cause shown, Plaintiff's Motion is **GRANTED**. Plaintiff shall have until **October 8, 2025**, to file objections to the August 25, 2025 Report and Recommendation (ECF No. 7).

    **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE