UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Jeremy Spencer,

    Plaintiff,

    v.

Nichole Tilton, *et al.*,

    Defendants.

Case No. 2:25-cv-780

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

The Magistrate Judge performed an initial screen of the Second Amended Complaint in this case and issued a Report and Recommendation ("R&R"), recommending that the Court dismiss Plaintiff's federal-law claims for failure to state a claim and decline to exercise supplemental jurisdiction over Plaintiff's state-law claims. *See generally* R&R, ECF No. 13. The R&R notified Plaintiff of his right to object to those recommendations, of the deadline for doing so, and of the consequences of failing to do so. *Id.* at 20–21. Plaintiff failed to timely object. Thus, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES** Plaintiff's Second Amended Complaint consistent with the R&R.

    IT IS SO ORDERED.

                                              MICHAEL H. WATSON, JUDGE
                                              UNITED STATES DISTRICT COURT